```
UNITED STATES DISTRICT COURT
   MIDDLE DISTRICT OF FLORIDA
      FORT MYERS DIVISION
```

ALEXANDER EATON,

    Plaintiff,

v.                        Case No: 2:24-cv-227-JES-NPM

UNITED AIRLINES, INC. and
THE BOEING COMPANY,

    Defendants.

_____

## ORDER

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal With Prejudice (Doc. #18) filed on March 25, 2024. No answer or motion for summary judgment has been filed by either of the defendants.

Accordingly, it is now

**ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** with prejudice. The Clerk shall terminate all previously scheduled deadlines and pending motions (Docs. ## 8, 10) and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __25th__ day of March 2024.

                                              */s/ John E. Steele*
                                              JOHN E. STEELE
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Parties of record